JAY T. PINTACUDA AND WIFE LUCRETIA PINTACUDA v. JACK ZUCKEBERG

No. 509A03

(Filed 2 April 2004)

**Motor Vehicles— car stopping in highway—skidding motorcyclist—proximate cause**

The decision of the Court of Appeals that summary judgment for defendant was inappropriate on the issue of proximate cause in an action by plaintiff motorcyclist to recover for injuries received when defendant stopped his car on an interstate highway in front of plaintiff and plaintiff's motorcycle skidded when he swerved into an adjoining lane is reversed for the reason stated in the dissenting opinion that plaintiff's own deposition testimony shows that defendant's act of stopping his vehicle was merely a circumstance of the accident and not the proximate cause of plaintiff' injuries.

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 159 N.C. App. 617, 583 S.E.2d 348 (2003), reversing an order entered 17 May 2002 by Judge Robert D. Lewis, in Superior Court, Buncombe County. On 1 October 2003, the Supreme Court granted discretionary review as to additional issues. Heard in the Supreme Court 15 March 2004.

*Roberts & Stevens, P.A., by Jacqueline D. Grant and Kenneth R. Hunt, for plaintiffs-appellees.*

*Van Winkle, Buck, Wall, Starnes, & Davis, P.A., by Dale A. Curriden and Vaughn S. Monroe, for defendant-appellant.*

PER CURIAM.

As to the issue on direct appeal, we reverse the decision of the Court of Appeals for the reasons stated in the dissenting opinion.

Further, we conclude that the petition for discretionary review as to the additional issues was improvidently allowed.

REVERSED; DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.